IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH JOHNSON,

    Petitioner,

v.                                                             CASE NO. 4:06-cv-00387-MP-MD

JAMES R. McDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, Doc. 1, be dismissed.  The Magistrate Judge filed the Report and Recommendation on Thursday, October 18, 2007.  The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections have been filed.

In his petition, Petitioner raises five claims of ineffective assistance of counsel. Petitioner raised these same claims in state court, which found that trial counsel's representation was not unreasonable, and that Petitioner suffered no prejudice from the alleged ineffective assistance.  After a thorough analysis of Petitioner's claims, the Magistrate finds that the state court's decision was not contrary to, or an unreasonable application of, clearly established Supreme Court precedent, and was not based on an unreasonable determination of the facts.  The Court agrees with the Magistrate that because Petitioner has failed to show that his counsel's performance was deficient, he is not entitled to federal habeas relief.  Therefore, having

considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner Johnson's petition for writ of habeas corpus, Doc. 1, is DENIED, and this case is DISMISSED.

**DONE AND ORDERED** this   *27th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge